UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.                                    Case No. 08-20009

Terry J. Strauss and Michael S. Muller,    Honorable Sean F. Cox

    Defendants.

_____/

## ORDER GRANTING
## MOTION TO APPEAL IN FORMA PAUPERIS

Defendants / Petitioners Terry J. Strauss ("Strauss") and Michael S. Muller ("Muller") pleaded guilty to armed bank robbery and use of a firearm during a crime of violence.

This matter is currently before the Court on Defendants' motion seeking leave to appeal in forma pauperis. (Docket Entry No. 56). Having considered the motion, and FED. R. APP. P. 24(a)(3), IT IS ORDERED that Defendants' request to proceed in forma pauperis on appeal is GRANTED.

IT IS SO ORDERED.

                                                      S/Sean F. Cox
                                                      Sean F. Cox
                                                      United States District Judge

Dated: June 30, 2010

I hereby certify that on June 30, 2010, a copy of the foregoing document was served upon counsel of record via electronic means and upon Terry Strauss and Michael Muller via First

Class Mail at the addresses below:

Terry Joshua Strauss #41761-039
GILMER FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 6000
GLENVILLE, WV 26351


Michael Sloan Muller #41762-039
ALLENWOOD LOW FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 1000
WHITE DEER, PA 17887


                                        S/Jennifer Hernandez
                                        Case Manager